**Edward ANDERSON, Plaintiff–Appellant,**

v.

**GARBAGE DISPOSAL SERVICE; Republic Services, Incorporated; Dave Bavacqua; Frank Rocco; Elijah Shaw; Levine Properties, Defendants–Appellees.**

No. 01–1189.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 6, 2001.

---

parties. 28 U.S.C.A. § 636(c)(*l*) (West 1993 & Supp.2000).

Edward Anderson, pro se. Patricia Tighe Bartis, Parker, Poe, Adams & Bernstein, Raleigh, NC; Keith Michael Weddington, Parker, Poe, Adams & Bernstein, L.L.P., John Robert Buric, James, McElroy & Diehl, P.A., Charlotte, NC, for appellees.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Edward Anderson appeals the district court's order dismissing his various state law claims and granting summary judgment to the Defendants on his claim under his Title VII, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. Garbage Disposal Serv.*, No. CA–00–294–MU (W.D.N .C. Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*